**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                          CASE NO.: 13-30505-KKS
                                                CHAPTER 13
SHARON LUX

_____Debtor_____/

**CHAPTER 13 TRUSTEE'S**
**OBJECTION(S) TO CONFIRMATION**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby objects to confirmation of Debtor(s)' Chapter 13 Plan for the following reasons:

1.   According to the Debtor(s)' Form B22C statement, the applicable commitment period is three (3) years, and the Debtor(s)' Plan term is sixty (60) months.

2.   The Plan provides an approximate distribution of twelve percent (12%).

3.   The Plan fails to address the priority claims of Clerk of Court and Lefferson Davis Parish as disclosed on Schedule E.

4.   The Debtor(s) has failed to submit the 2012 United States Income Tax Refund ($689.00), or proof it was received prior to filing, to the Chapter 13 Trustee.

5.     The Debtor(s)' Schedules reflect a claim secured by a lien on the Debtor(s)' residence which it appears may be paid by the Trustee.  The Trustee has not been provided with copies of documents which support a perfected security interest to determine if the claimant has a perfected security interest.  In addition, the Trustee has not been provided with a copy of the itemization of the pre-petition fees, costs and other charges, including any attorney's fees if applicable, which apply to this claim.  If the documents, through a Proof of Claim, or in another manner are provided to the Trustee, this objection to confirmation may be resolved or rendered moot.

6.     The Trustee objects to the following expense categories and accompanying excess expense amounts as exceeding the amount allowable on Form B22C for either an above-median debtor, or as being reasonable and/or necessary for a Schedule "I" and Schedule "J" debtor.  The Trustee's objections may be rendered moot if the Debtor(s)' Plan is amended to pay all allowable unsecured claims in full:  401K – $264.00, as the Debtor(s) has failed to provide documentation verifying the amount and length of said expense.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   (850) 681-2734 "Telephone"
   (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

SHARON LUX
221 BRYANT RD
PENSACOLA, FL 32507

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE

May 21, 2013